UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Stacy Lashone Kinsey             Docket No. 4:99-CR-62-1H

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stacy Lashone Kinsey, who, upon an earlier plea of guilty to Unlawful Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on November 13, 2001, to the custody of the Bureau of Prisons for a term of 51 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Stacy Lashone Kinsey was released from custody on August 16, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 28, 1997, Kinsey pled guilty to the offense of Indecent Liberties with a Minor. The offense occurred on August 16, 1996, when Kinsey was 21 years of age. The victim of the offense was 15 years old. Kinsey received a 21 to 26-month active sentence in the North Carolina Department of Corrections (NCDOC) and was required to register as a sex offender with the state sex offender registry. On January 4, 1999, Kinsey was released from the NCDOC with no supervision to follow. Since the U.S. Probation Office has no record of Kinsey completing a sex offender evaluation by a qualified mental health professional, it is recommended his conditions of supervision be modified to include the same. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Additionally, at sentencing, the Court ordered DROPS as a special condition. At this time, it is respectfully recommended that the DROPS sanction be removed for reasons of ineffectiveness.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

2. The previously ordered DROPS condition be stricken.

Stacy Lashone Kinsey
Docket No. 4:99-CR-62-1H
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: August 19, 2019

### ORDER OF THE COURT

Considered and ordered this 20th day of August, 2019, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge