UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Stacy Lashone Kinsey**  Docket No. 4:99-CR-62-1H

**Petition for Action on Supervised Release**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stacy Lashone Kinsey, who, upon an earlier plea of guilty to Unlawful Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on November 13, 2001, to the custody of the Bureau of Prisons for a term of 51 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Stacy Lashone Kinsey was released from custody on August 16, 2019, at which time the term of supervised release commenced.

On August 20, 2019, a Petition for Action was approved by the Court requiring Kinsey to obtain a psycho-sexual evaluation.

On October 10, 2019, a Violation Report was submitted to the Court advising Kinsey tested positive for marijuana. At that time, it was recommended that supervision be permitted to continue thus allowing Kinsey a chance to participate in an approved course of treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Kinsey received his psycho-sexual assessment through a contract vendor between September 10, 2019 and October 22, 2019. As a result of the assessment, it was determined that Kinsey was not in need of sex offender specific counseling; however, could benefit from an approved program of mental health therapy.

On October 9, 2019, Kinsey submitted to a urinalysis screening which was confirmed positive for marijuana by Alere Laboratories on October 13, 2019. On October 22, 2019, Kinsey submitted to a urinalysis screening which was again, confirmed positive for marijuana by Alere Laboratories on October 28, 2019. An interpretation report was requested from Alere Toxicology, which revealed Kinsey reused marijuana before each urinalysis screening. The undersigned probation officer confronted Kinsey with the results of his urinalysis screenings on November 1, 2019, at which time he admitted to using marijuana before each of the urinalysis screenings. Kinsey was verbally reprimanded for his violation conduct and expressed remorse for his actions.

Therefore, it is respectfully recommended that Kinsey be placed on curfew to be determined by the probation office, and to be monitored with Location Monitoring: Radio Frequency equipment for a period not to exceed 30 consecutive days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Stacy Lashone Kinsey
Docket No. 4:99-CR-62-1H
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Jay Kellum<br>Jay Kellum<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5109<br>Executed On: November 5, 2019 |

**ORDER OF THE COURT**

Considered and ordered this 5th day of November, 2019, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge